# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FRED CORTLAND PROCTOR, ET AL.,

        Plaintiffs          Case Number: 2:07-CV-12414

v.          HONORABLE PAUL D. BORMAN

L. APPLEGATE, ET AL.,          MAGISTRATE JUDGE R. STEVEN WHALEN

        Defendants.
_____/

## ORDER DENYING MOTION FOR REIMBURSEMENT OF MAILING COSTS

Plaintiff Proctor, a *pro se* prison inmate in the custody of the Michigan Department of Corrections (MDOC), has filed a motion requesting an order apportioning the cost of mailing the complaint and exhibits among the five Plaintiffs in this case [Docket #28]. His remedy, however, would more appropriately be addressed through the MDOC grievance procedure.

Plaintiff's motion for reimbursement [Docket #28] is therefore DENIED.

SO ORDERED.

         S/R. Steven Whalen
         R. STEVEN WHALEN
         UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 11, 2008.

                                                s/G. Wilson
                                                Judicial Assistant