UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

FRED PROCTOR #178602, et. al.,

        Plaintiff(s),

                                  CASE NO.:2:07-CV-12414

vs.

L. APPLEGATE, et. al.,                 HON. PAUL D. BORMAN
                                     MAG. JUDGE MICHAEL J. HLUCHANIUK

        Defendant(s).

_____/

## ORDER TO PROVIDE ADDRESS

     Plaintiffs, Fred Proctor, Perry Alva Hurd, Jr., Gilbert Jividen, Jason Petersen, Daniel Chandler, filed this pro se 42 U.S.C.§ 1983 action on June 5, 2007. Named as a defendant is **J. Farley.**

     Plaintiffs have been granted in forma pauperis status. In accordance with 28 U.S.C. 1915(d) and Federal Rule of Civil Procedure 4(c)(2)(B)(I), the United States Marshal's Service has unsuccessfully attempted to serve the defendant(s) with the Waiver of Service Form and Complaint in this matter by mailing same to the defendant(s) at the Earnest C. Brooks /West Shoreline Correctional Facility, 2500 S. Sheridan Dr., Muskegon Heights, MI 49444. On February 25, 2008, a copy of a letter with an un-executed copy of the Waiver of Service Form and Complaint was filed with the Court indicating that they are being returned because the defendant is no longer employed with the Michigan Department of Corrections and his current address is unknown.

     **IT IS HEREBY ORDERED** that the Administrator of the Michigan Department of Corrections, shall provide to Magistrate Judge Michael J. Hluchaniuk, in camera, the last known

address of the defendant(s), on or before **MARCH 17, 2008**. Such address shall be used for the purpose of attempting to effectuate service of process on the defendant(s).

**IT IS FURTHER ORDERED** that the information furnished pursuant to this order shall remain under seal, if deemed necessary by the United States Magistrate Judge and shall be used by the court only in conjunction with any issue that may arise as to the service of process upon the defendant(s).

DATED: February 29, 2008                                  s/ Michael J. Hluchaniuk
                                                          Michael J. Hluchaniuk
                                                          United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Clifton B. Schneider, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Daniel Chandler #250214, G. Robert Cotton Correctional Facility, 3500 N. Elm Rd., Jackson, MI 49201, Perry Alva Hurd, Jr., 2581 Park Way Dr., Manitou Beach, MI 49253, Gilbert Jividen #262914, E.C. Brooks Correctional Facility, 2500 S. Sheridan, Muskegon Heights, MI 49444, Jason Petersen #2860361, Lakeland Correctional Facility, 141 First St., Coldwater, MI 49036, Fred Proctor #178602, Bellamy Creek Correctional Facility, 1727 W. Bluewater Hwy., Ionia, MI 48846, Administrator - Earnest C. Brooks Correctional Facility, 2500 S. Sheridan Dr., Muskegon Heights, MI 49444

s/ James P. Peltier
James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church St.
Flint, MI 48502
810-341-7850
pete_peltier@mied.uscourts.gov